IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH L. WALLER                                                                                    PLAINTIFF

v.                              Civil No. 4:10-cv-04186

KIM VAILLANCOURT, Contract
Manager, Correctional Medical Services
(CMS); NURSE KYM (CARMALITA)
WILLIAMS; DR. NASH; and NURSE
REGINA STEWART                                                                                    DEFENDANTS

## ORDER

For the reasons stated in a memorandum opinion entered this same day, the motion for judgment on the pleadings (ECF No. 12) is granted. All claims against Kim Vaillancourt are dismissed.

IT IS SO ORDERED this 14th day of September 2011.

                                                     /s/ Barry A. Bryant
                                                     HON. BARRY A. BRYANT
                                                     UNITED STATES MAGISTRATE JUDGE